# IN THE UNITED STATES DISTRICT COURT WESTERN OF ROANOKE VIRGINIA

KELVIN A. CANADA #1050088
## plaintiff

— VS —

RICKY FANNIN
## DEFENDANT (S), ET AL.

officer, J. NALE, officer J. BARRETT, AND
officer, R. GIBSON

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

7:10-CV-0432
(7:10-CV-00432)

## COMPLAINT * JURY TRIAL DEMANDED

## * PRELIMINARY STATEMENT

THIS IS A " #42 U.S.C 1983 CIVIL RIGHTS ACTION"
filed BY DEFENDANT, KELVIN A. CANADA #
1050088, pro se A PRISONER CURRENTLY
housed At (RED ONION STATE PRISON)
for punitive, DECLARATORY, AND COMPENSATORY
DAMAGES AS WELL AS INJUNCTIVE
RELIEF UNDER USC 42 1983. for
EXCESSIVE force IN VIOLATION of the
U.S. 8th AMENDMENT CONSTITUTION for
BEING MALICIOUSLY AND SADISTICALLY
ATTACKED AND SHOT. AS WELL AS for
CRUEL AND UNUSUAL PUNISHMENT IN

PRELIMINARY STATEMENT, CONTINUED

Violation of the U.S. 8th Amendment
Constitution and 14th Amendment
Constitution for the unecessary and
wanton infliction of pain.

* JURISDICTION
#1. This Court has the Jurisdiction
over Plaintiff's claim of Violation
of his federal Constitutional
Rights under #42. U.S.C. § 1331 (A)
and §1343

* PARTIES
#2. The Plaintiff, Kelvin A. Canada
#1050088  was incarcerated, and
still incarcerated at "Red Onion State
Prison" during the event / incident
described in his  #42 U.S.C 1983
civil rights complaint.

#3. The Defendant,(s)  Ricky Fannin
was in fact a Correctional officer
At "Red Onion State Prison" during
the event/incident that occurred
on April 17th, 2010 But is no
longer employed By "Red Onion
State Prison" due to Being (fired)

#3, PARTIES CONTINUED

for his sadistic and malicious attack upon/against PLANTIFF, KELVIN A. CANADA #1050088 ON APRIL 17th, 2010 is BEING SUED IN his INDIVIDUAL CAPACITY.

#4. THE DEFENDANT(s) OFFICER J. NAJE WAS AND STILL IS AN OFFICER EMPLOYED BY "RED ONION STATE PRISON" DURING THE EVENT/INCIDENT THAT OCCURRED ON APRIL 17th, 2010 IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

#5. THE DEFENDANT(s) OFFICER J. BARRETT WAS AND STILL IS TO MY KNOWLEDGE EMPLOYED BY "RED ONION STATE PRISON" DURING THE EVENT/INCIDENT THAT OCCURRED ON APRIL 17th, 2010 IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

#6. THE DEFENDANT(s) OFFICER R. GIBSON WAS AND STILL IS EMPLOYED BY "RED ONION STATE PRISON" DURING THE EVENT THAT OCCURRED ON APRIL 17th, 2010 IS BEING SUED IN

#6, PARTIES CONTINUED

his individual capacity.

* FACTS

#1. ON April 17th 2010 plaintiff was escorted to C6 REC-YARD to obtain his mandatory 1-hour RECREATION for that day Saturday.

#2. while plaintiff was at RECREATION on C6 RECREATION yard plaintiff was approached by officer RICKY FANNIN concerning some DICE.

#3. Defendant RICKY FANNIN After arriving at plaintiff's REC-CAGE he asked plaintiff to give him the DICE that he viewed plaintiff having from A distance.

#4. Plaintiff responded by saying he's not giving defendant no Dice, that's when defendant started verbally threatening to beat plaintiff's ass if plaintiff don't give him those Dice.

PG #4

facts, continued

#5. plaintiff responded by saying to the defendant ricky fannin that "he's not going to do nothing to him because I haven't did nothing wrong".

#6. defendant ricky fannin kept on with the threats, and at that point he then instructed defendant(s) J. barrett & R. gibson to give him the key to the rec-cage lock

#7. defendant(s) J. barrett and R. gibson ignored ricky fannin's request and took another prisoner back inside to his cell because the 1-hour rec had been complete.

#8. while defendant(s) J. barrett and R. gibson was escorting this prisoner back into C6-pod defendant ricky fannin remained in front of plaintiff rec cage constantly threatening him.

pg #5

facts, continued

#9 When defendant(s) Barrett and R. Gibson returned from escorting that prisoner back inside c6-pod they came over and joined Ricky Fannin in front of Plaintiff's Rec-cage.

#10. While defendant(s) R. Gibson was attempting to restrained plaintiff defendant(s) Ricky Fannin took the rec-cage key from officer R. Gibson and openned plaintiff Rec-cage while the plaintiff was un-restrained to assault and attack plaintiff.

#11. Defendant(s) Barrett and Gibson stood and watched officer Ricky Fannin deliberately take this rec-cage lock off plaintiff's rec-cage knowing that this is a transgression of policy and security protocol without intervening.

Pg#6

facts, continued

#12. After defendant ▆▆▆ Ricky fannin
deliberately took this lock off of
plaintiff Rec-cage ▆▆▆ with the
sole intent to attack and
assault plaintiff based on
Ricky fannin previous threats
when plaintiff refused to give
Ricky fannin the dice. Defendant
Ricky fannin swung open
plaintiff Rec-cage door and
hit plaintiff on his left
shoulder.

#13. while plaintiff was defending
himself from this assaultive and
malicious attack plaintiff was
excessively and sadistically shot
3 to 4 times by defendant(s)
officer J. Nale from the
guard-tower once in the
face under his left eye, once
on the Right inner fore-arm, once
on the Right-hip & once on
the Right-shin.

pg #7

facts, continued

#14. Plaintiff was restrained by other officers and escorted to the medical dept. to be treated for his injuries from the assault & gun-shot wounds.

#15. Plaintiff then filed complaint # 01323 concerning this sadistic and assaultive attack that was responded to by T. Adams on April 23, 2010. **See Exhibit #17**

#16. Plaintiff then filed grievance level I #620-10-REG-00354 on April 26th, 2010 that was "**founded**" by warden **TRACY RAY** on May 25th, 2010 **See Exhibit # 18 & #19**

#17. Plaintiff was not satisfied with **TRACY RAY** resolution on grievance #620-10-REG-00354 level I response and appealed it to level II regional director **JOHN GARMAN** on May 26th, 2010. **See Exhibit #19** (A)(B)(1)(2)(3)

page #8

facts, continued

#18. PLAINTIFF RECIEVED (LEVEL II RESPONSE
SEE exhibit #20 BACK FROM REGIONAL DIRECTOR A
MONTH AND A HALF LATER AND
WAS'NT SATISFIED WITH upholding
LEVEL I (FOUNDED) RESOLUTION
AND DECIDED TO FILE A (1983
CIVIL RIGHTS complaint.)

* CLAIM

#1. ON April 17th, 2010 the ASSAULTIVE,
AND SADISTIC ACT OF OFFICER
RICKY FANNIN CAUSED PLAINTIFF
KELVIN A. CANADA #1050088 to
SUSTAINED GUN-shot LASCERATION
to his LEFT-EYE UNDERNEATH,
RIGHT-INNER FORE-ARM, RIGHT HIP,
AND RIGHT SHIN, WHEN RICKY
FANNIN deliberately took the
REC-CAGE lock off of PLAINTIFF
REC-CAGE to ASSAULT AND ATTACK
PLAINTIFF. PLAINTIFF WAS FORCED to
defend himself AGAINST this
deliberate ASSAULTIVE AND
SADISTIC ATTACK. WHILE doing

CLAIM #1, CONTINUED.

SO PLAINTIFF WAS SADISTICALLY AND MALICIOUSLY SHOT IN THE FACE UNDER HIS LEFT EYE CENTIMETERS FROM ACTUALLY HAVING HIS ENTIRE LEFT-EYE SHOT OUT, IN HIS RIGHT HIP, IN HIS RIGHT INNER FORE-ARM AND RIGHT-SHIN BY GUN-TOWER "OFFICER J. NALE" SEE EXHIBIT #1, PLAINTIFF EXPERIENCED EXTREME PAIN IN HIS LEFT-EYE, RIGHT-INNER FOREARM AND RIGHT-HIP WHICH HE FILED FOR SICK-CALL SEE EXHIBIT #2 ON APRIL 18th, 2010 TO RECIEVE MEDICAL TREATMENT. NO MEDICAL TREATMENT WAS GIVEN THAT DAY APRIL 18th, 2010, SO PLAINTIFF FILED EMERGENCY GRIEVANCE # 080037 ON APRIL 19th, 2010 AT 2:11 PM TO ACQUIRE SOME IMMEDIATE MEDICAL TREATMENT FOR THE INJURIES HE SUSTAINED FROM THE ▓▓▓▓ ASSAULT AND GUN-SHOT WOUNDS ▓▓▓ ON APRIL 17th, 2010, BECAUSE THE "400 mg MOTRIN" & THE "AKWA TEAR" EYE DROPS WASN'T MITIGATING THE

CLAIM #1, CONTINUED

THE EYE, FORE-ARM, AND HIP PAIN.
SEE EXHIBIT #3. ON APRIL 20th,
2010 THE 2-DAYS MOTRIN PRESCRIPTION
HAD EXPIRED AND PLAINTIFF WAS
STILL EXPERIENCING EXTREME PAIN
IN HIS LEFT-EYE, RIGHT FORE-ARM &
RIGHT HIP AND FILED ANOTHER
EMERGENCY GRIEVANCE # 080034
SEE EXHIBIT #4 TO ACQUIRE SOME
MEDICAL TREATMENT TO MITIGATE HIS
ONGOING PAIN FROM APRIL 17th,
2010. PLAINTIFF RECIEVED A 5-DAYS
PRESCRIPTION FOR MOTRIN ON
APRIL 21st, 2010 SEE EXHIBITS #5 & #5 (A)
TO MITIGATE HIS ONGOING PAIN.
AT THIS POINT PLAINTIFF STILL HAVEN'T
BEEN SEEN BY A DOCTOR YET
REGARDING HIS INJURIES HE SUSTAINED
FROM THE ASSAULTIVE ATTACK AND
GUN-SHOT WOUNDS ON APRIL 17th,
2010, SO PLAINTIFF FILED AN EMERGENCY
GRIEVANCE # 079408 ON APRIL 28th, 2010
AT 2:30 PM SEE EXHIBIT #6 TO
SEEK IMMEDIATE MEDICAL TREATMENT
AND TO INQUIRE WHY HAVE IT TAKEN
SO LONG FOR PLAINTIFF TO RECIEVE

CLAIM # 1, CONTINUED

MEDICAL TREATMENT FOR HIS APRIL 17th, 2010 GUN-SHOT WOUNDS INJURIES. BECAUSE THE ONLY TREATMENT PLAINTIFF HAD RECIEVED WAS EVALUATIONS FROM NURSE L. MULLINS. ON MAY 7th, 2010 PLAINTIFF FILED ANOTHER EMERGENCY GRIEVANCE #081904 AT 7:03 AM. **SEE EXHIBIT #7** SEEKING IMMEDIATE MEDICAL TREATMENT TO MITIGATE HIS APRIL 17th, 2010 INJURIES AND TO INQUIRE ONCE AGAIN WHY HAVE'NT HE STILL HAVE'NT ███ BEEN SEEN BY A DOCTOR FOR HIS APRIL 17th, 2010 INJURIES. PLAINTIFF WAS FINALLY SEEN BY DR. BALL ON MAY 13th, 2010 CONCERNING HIS APRIL 17th, 2010 GUN-SHOT WOUNDS AND WAS PRESCRIBED "PREDNISONE" MEDICATION TO TREAT PLAINTIFF'S INJURIED LEFT-EYE AND THE PAIN FROM PLAINTIFF'S INNER RIGHT FORE ARM AND RIGHT HIP. **SEE EXHIBITS #8 & #9** AND ALSO RECOMMEDED TO BE SEEN BY THE "OPTOMETRIST" CONCERNING HIS LEFT-EYE INJURY.

CLAIM # 1, CONTINUED

PLAINTIFF AFTER BEING SEEN BY
NURSE PRACTINER BALL AND
PRESCRIBED "PREDNISONE" THE PAIN
IN PLAINTIFF'S LEFT-EYE, RIGHT INNER
FORE-ARM AND RIGHT HIP SEMI-SUBSIDED,
HOWEVER PLAINTIFF LEFT-EYE KEEP
GIVEN HIM PROBLEMS SO ON
JUNE 6th, 2010 **SEE EXHIBIT #10**
PLAINTIFF SUBMITTED ANOTHER SICK-CALL
REQUEST TO BE SEEN BY THE DOCTOR
AGAIN AND WAS EVALUATED BY
NURSE DANIELS WHO DOCUMENTED
THAT PLAINTIFF'S RIGHT-ARM STILL
CONTAINS A RED MARK AND THAT
PLAINTIFF'S LEFT-EYE WAS INDEED
STILL TWITCHING INVOLUNTARILY FROM
THE APRIL 17th, 2010 INJURES. ON
JUNE 23rd, 2010 **SEE EXHIBITS # 11 &**
**#12** PLAINTIFF WAS FINALLY SEEN BY THE
OPTOMETRIST AND WAS DETERMINED
BY THE OPTOMETRIST THAT PLAINTIFF'S
LEFT-EYE SUFFERED SOME DAMAGE
AND THAT PLAINTIFF NEEDED EYE-GLASSES
SOLELY BECAUSE OF DAMAGE TO HIS "LEFT-
EYE" NOT PLAINTIFF'S RIGHT-EYE.

pg #13

CLAIM #1, CONTINUED

PLAINTIFF WAS then prescribed
EYE-glasses BY "optometrist REPCO"
All the ███████ INJURIES
MENTIONED throughout (CLAIM #1)
derived from Defendant(s)
RICKY FANNIN'S Reckless,
ASSAULTIVE Attach upon/and
Against PLAINTIFF ON APRIL 17th,
2010. policy protocol specifically
MANDATES that "All segregated
PRISONERS ARE to BE first
hand-cuffed, then shackled Before
they ARE REMOVED from their
Cell, shower OR RECREATION." the
only prisoners that's not
subjected to this prison policy
protocol are prisoners that's
IN progressive-Housing phase #2,
And prisoners that are classified
AS "CADRES". PLAINTIFF IS A
SEGREGATION PRISONER AND therefore
should have Been shackled And
handcuffed Before Defendant
RICKY FANNIN deliberately took
the REC-CAGE lock completely
page #14

CLAIM #1, CONTINUED

OFF PLAINTIFF REC-CAGE, which CLEARLY INDICATES that DEFENDANT "RICKY FANNIN" INTENTIONS WAS MALICIOUS, ASSAULTIVE, SADISTIC WHEN HE DELIBERATELY TOOK the LOCK OFF PLAINTIFF'S REC-CAGE which CAUSED the PLAINTIFF TO DEFEND himself which LEAD TO PLAINTIFF WRONGFULLY getting SHOT 3 to 4 TIMES CAUSING the SERIOUS INJURIES MENTIONED throughout CLAIM #1. SUBJECTING PLAINTIFF TO "EXCESSIVE FORCE", "CRUEL AND UNUSUAL PUNISHMENT," AND A "DEPRIVATION OF SERIOUS OR SIGNIFICANT PAIN AND INJURIES" IN VIOLATION OF PLAINTIFF'S UNITED STATES 8th AND 14th AMENDMENT RIGHTS.

\* CLAIM #2
ON APRIL 14th, 2010 while defending MYSELF AGAINST DEFENDANT "RICKY FANNIN ASSAULTIVE AND SADISTIC ATTACK DEFENDANT "J. NALE" SADISTICALLY AND EXCESSIVELY SHOT PLAINTIFF

CLAIM #2, CONTINUED

KELVIN A. CANADA #1050088 MULTIPLE
TIMES CAUSING PLAINTIFF TO SUSTAIN
A LASCERATED LEFT-EYE UNDERNEATH,
A LASCERATED INNER RIGHT FOREARM, A
LASCERATED RIGHT-HIP, AND A LASCERATED
RIGHT-SHIN (VIA) GUN-SHOTS FIRED
BY DEFENDANT. FROM THE YARD-
GAURD-TOWER. DEFENDANT J. NALE
IS RESPONSIBLE FOR THE SAFETY AND
SECURITY OF BOTH PRISONERS AND
OFFICERS WHILE MAINTAINING THE
SECURITY POST AT THE C&D SIDE
GAURD-TOWER. NEVERTHELESS DEFENDANT
"J. NALE" TOOK THE LIBERTY TO
SADISTICALLY AND EXCESSIVELY ████████
SHOOT PLAINTIFF WHILE PLAINTIFF
WAS BEING ███████████████ SADISTICALLY
AND ASSAULTIVELY ATTACKED BY HIS
CO-WORKER, DEFENDANT "RICKY
FANNIN" WHEN PLAINTIFF
FILED "COMPLAINT # 01866" ON 5-1-10
█████████ TO WARDEN TRACY RAY
ABOUT HIS ANCILIARY J. NALE
SADISTIC AND EXCESSIVE FORCE
MALFEASANCE FROM THE APRIL
17TH, 2010 INCIDENT

PAGE # 16

CLAIM #2, CONTINUED

THAT COMPLAINT #01866 WAS INTERCEPTED BY INVESTIGATOR T. ADAMS "SEE EXHIBIT #13" AND T. ADAMS RESPONDED to THIS COMPLAINT #01866 ON 5-14-10 ▮▮ STATING THAT "OFFICER J. NAVE WAS DOING HIS JOB AND DID NOT KNOW THE INCIDENT HAD STARTED", PLAINTIFF THEN FILED REGULAR GRIEVANCE ON 5-16-10 "SEE EXHIBIT #14" STATING THAT IF DEFENDANT J. NAVE WAS DOING HIS JOB AS THE GANRD-TOWER OFFICER HE WOULD OF SEEN THAT ▮▮ IT WAS HIS CO-WORKER R. FANNIN TRYING TO ASSAULT AND ATTACK ME BY TAKEN THE REC-CAGE LOCK OFF MY CAGE. HOWEVER THIS REGULAR GRIEVANCE WAS RETURNED TO PLAINTIFF BY ROSP/ GRIEVANCE COORDINATOR FONNIE TAYLOR ON 5-19-10 "SEE BACK/EXHIBIT #14" STATING THAT THIS GRIEVANCE CON NOT BE PROCESSED DUE TO THE 30-DAY FILING PERIOD EXPIRING.

PAGE #17

CLAIM #2, CONTINUED

PLAINtiff filed a letter to the REGIONAL OMBUDSMAN **SEE Exhibit# 15** Enclosed with the UN-processed GRIEVANCE (Exhibit #14) Stating that ROSP / GRIEVANCE Dept is REFUSING to process (Exhibit #14) filed on 5-16-10 for failing to meet the "30-DAYS filing period Statue of Limitation" WHEN, it's obviously clear that PLAINtiff did IN fact file this GRIEVANCE (Exhibit #14) a full-day Before the 30-day Expiration date ON 5-16-10 IN ACCORDANCE WITH the DOP 866.1 IV, (A) SECTION #(1) which States verbatim " GRIEVANCES ▬ ARE to BE Submitted WITHIN 30-DAYS from the DATE of OCCURRANCE" AS YOU CAN SEE from (Exhibit #14) this GRIEVANCE WAS Submitted ON 5-16-10 the 29th DAY ▬ from the April 17th, 2010 INCIDENT therefore this GRIEVANCE (Exhibit #14) Should HAVE BEEN processed.   PAGE #18

CLAIM #2, CONTINUED

HOWEVER THE REGIONAL OMBUDSMAN WRONGFULLY UPHELD ROSP GRIEVANCE DEPT. DECISION OF NOT PROCESSING PLAINTIFF GRIEVANCE (Exhibit #14) FILED ON 5-16-10. SO AFTER RECIEVING THIS RESPONSE BACK ON 5-27-10 PLAINTIFF THEN FILED A LETTER ENCLOSED WITH THE Exhibit #13 AND #14 RESPONSE TO REGIONAL DIRECTOR, JOHN GARMAN "**SEE ExhibiT #16**" EXPLAINING TO HIM THAT HIS ANCILLARIES ROSP GRIEVANCE COORDINATOR F. TAYLOR, AND REGIONAL OMBUDSMAN K. AUSTIN ▬▬▬▬ WRONGFULLY FAILED TO PROCESS GRIEVANCE FILED ON 5-16-10 (Exhibit #14) PROHIBITING PLAINTIFF FROM "EXHAUSTING HIS INSTITUTIONAL REMEDIES" IN COMPLIANCE WITH THE "PRISON LITIGATION REFORM ACT" NEVERTHELESS REGIONAL DIRECTOR ALSO BIASLY AND WRONGFULLY UPHELD THIS BLATANT POLICY ERROR AND NEVER PROCESSED PLAINTIFF GRIEVANCE.

CLAIM #2, CONTINUED

SO, BEING THAT DEFENDANT J. NAKE
SADISTIC AND EXCESSIVE FORCE MALFEASANCE
WAS NEVER RECTIFIED ON AN
INSTITUTIONAL LEVEL TO COMPENSATE
PLAINTIFF FOR THE INJURIES HE
SADISTICALLY AND EXCESSIVELY INFLICTED
AGAINST PLAINTIFF ON APRIL 17th,
2010. PLAINTIFF HEREBY FILE THIS
CLAIM AGAINST ▄ DEFENDANT J. NAKE
FOR EXCESSIVE FORCE, AND CRUEL AND
UNUSUAL PUNISHMENT IN VIOLATION OF
PLAINTIFF 8th AMENDMENT CONSTITUTIONAL
RIGHTS AND FOR PROHIBITING THE
INFLICTION OF CRUEL AND UNUSUAL
PUNISHMENT IN VIOLATION OF
PLAINTIFF'S 14th AMENDMENT
CONSTITUTIONAL RIGHTS. DEFENDANT
▄ J. NAKE WAS THE C&O SIDE
GAURD TOWER OFFICER AND WAS
VERY COGNITIVE OF HIS CO-WORKER
RICKY FANNIN ASSAULTIVE AND
SADISTIC ATTACK AGAINST HIM BY
WATCHING ▄ DEFENDANT R. FANNIN
DELIBERATELY TAKEN THE LOCK OFF
PLAINTIFF'S REC-CAGE TO ASSAULT
AND ATTACK PLAINTIFF.

PAGE #20

CLAIM #2, CONTINUED

PLAINtiff POSED NO threat to
SECURITY BECAUSE PLAINtiff WAS
BEING SADISTICALLY AND ASSAULTIVELY
ATTACKED BY DEFENDANT J. NALE
CO-WORKER "R. FANNIN" AND BECAUSE
of this SADISTIC AND ASSAULTIVE
ATTACK PLAINtiff WAS COMPELLED TO
DEFEND HIMSELF. WHILE PLAINtiff
WAS DEFENDING HIMSELF DEFENDANT
J. NALE EXCESSIVELY AND
SADISTICALLY SHOT THE PLAINtiff
WHO WAS THE ONE THAT WAS
ACTUALLY BEING ATTACKED. BY HIS
CO-WORKER (R. FANNIN) CAUSING
PLAINtiff TO SUSTAIN SERIOUS
LACERATION UNDER HIS LEFT-EYE,
INNER RIGHT FORE ARM, RIGHT-HIP
AND RIGHT-SHIN.

## CLAIM #3
ON APRIL 17th, 2010 BOTH DEFENDANT(S)
OFFICERS J. BARRETT AND R. GIBSON
WERE NEGLIGENT (VIA) "**DELIBERATE
INDIFFERENT**" WHEN THEY STOOD
BY CONCIOUSLY AND WATCHED THEIR
CO-WORKER "RICKY FANNIN"

CLAIM #3, CONTINUED

deliberately TAKE the "REC-CAGE LOCK" completely off of plaintiff REC-CAGE WITH THE SOLE INTENT TO ASSAULT AND ATTACK PLAINTIFF KELVIN CANADA #1050088. Both OFFICERS J. BARRETT AND R. GIBSON ARE PRECOGNITIVE of the SECURITY PROTOCOL AND KNOW THAT SEGREGATION-PRISONERS REC-CAGE, SHOWER-DOORS, AND CELL-DOORS CANNOT BE OPEN UNLESS THAT PRISONER IS HAND-CUFFED AND SHACKLED FIRST. Both OFFICERS J. BARRETT AND R. GIBSON WERE PRECOGNITIVE of the THREATS THEIR CO-WORKER "RICKY FANNIN" WAS MAKING TOWARDS PLAINTIFF BEFORE HE TOOK THE LOCK OFF OF PLAINTIFF'S REC-CAGE BECAUSE THE PLAINTIFF REFUSED TO GIVE R. FANNIN SOME "DICE". BOTH OFFICERS DEFENDANT J. BARRETT AND R. GIBSON HAS AN OBLIGATORY DUTY TO PROTECT PLAINTIFF FROM CRUEL AND UNUSUAL PUNISHMENT, EXCESSIVE FORCE, AND FROM THE

CLAIM #3, CONTINUED

VIOLATION OF "DUE PROCESS"
Rights entitled to plaintiff
under the 8th, and 14th amendment
U.S. Constitution. Because of
defendant(s) J. BARRETT AND R. GIBSON
"deliberate indifference" ON
April 17th, 2010 plaintiff was
assaulted and attacked by their
Co-worker (R. FANNIN) which
caused plaintiff to be sadistically
and excessively shot in which
he sustained a lasceration under
his left eye centimeters from
almost having his left-eye completely
shot out, a lasceratered inner
right fore-arm, a lasceratered right
hip, and a lasceratered right-shin.
Had defendant(s) J. BARRETT and
R. GIBSON intervened and prevented
their co-worker "R. FANNIN"
plaintiff wouldn't have never
been assaulted, shot, or
attacked ▬▬ nor sustained
a lasceratered left-eye, right inner
fore-arm, right-hip, or right shin.
But because defendant(s)

PAGE #23

CLAIM #3, CONTINUED

J. BARRETT AND R. GIBSON did'nt INTERVENE to protect plaintiff from EXCESSIVE force, CRUEl AND UNUSUAL PUNISHMENT AND the violation of plaintiff's **"DUE PROCESS"** they WERE AND ARE "DELIBERATE INDIFFERENT" IN VIOLATION OF plaintiff's 8th AND 14th AMENDMENT CONSTITUTIONAL Rights. ACCORDING to "BUCKNER V. HOLLINS 983, f.2d 121-122"

* **FACTS, FOR CLAIM #3**
ON APRIL 20, 2010 plaintiff filed A COMPLAINT ▇▇▇ CONCERNING plaintiff NOT BEING protected from EXCESSIVE force, AND CRUEl AND UNUSUAL PUNISHMENT BY DEFENDANT (S) J. BARRETT AND R. GIBSON, HOWEVER that COMPLAINT WAS NEVER processed. PLAINTIFF filed ANOTHER COMPLAINT ON MAY 10th, 2010 CONCERNING the EXACT SAME ISSUES from the UN-processed COMPLAINT that PLAINTIFF filed ON APRIL 20th, 2010 REGARDING officers J. BARRETT AND

facts, for claim #3 - continued

R. GIBSON NEGLIGENT INACTIONS ON APRIL 17th, 2010 for failing to protect plaintiff from excessive force and cruel and unusual punishment. Nevertheless that complaint was'nt never processed as well. So plaintiff filed a 3rd complaint on the (23rd of May 2010) **SEE EXHIBIT #21** that was finally processed and given a "IOG #02245" REGARDING DEFENDANT(S) J. BARRETT AND R. GIBSON failure to protect PLAINTIFF ON APRIL 17th, 2010. this complaint #02245 was responded to by Sgt. TRAVIS HALE ON JUNE 2nd, 2010 stating verbatim " THIS INCIDENT IS BEING INVESTIGATED ". plaintiff then filed a REGULAR GRIEVANCE ON JUNE 8th, 2010 **SEE EXHIBIT #22** to GRIEVE COMPLAINT #02245 BUT PLAINTIFF GRIEVANCE WAS UN-PROCESSED AND DENIED BY ROSP-GRIEVANCE COORDINATOR R. MULLINS AND F. TAYLOR ON JUNE 11, 2010 AND JUNE 17th, 2010 SEE THE BACK of EXHIBIT #22

PAGE # 25

facts, for CLAIM #3 CONTINUED

stating that the "Expired filing
Period of 30-days has Expired".
plaintiff resubmitted "Exhibit #22"
attached with a REGUlAR REQUest
form **SEE ExhibiT 23** Explaining
to the GRIEVANCE coordinator
R. Mullins that I could'nt file
A REGUlAR GRIEVANCE REGARding
officers J. BARRETT AND R. Gibson
"diliberate indifferent Negligence"
ON April 17th, 2010 UNTil I RECIEVE
A RESPONSE from AN informal
COMPlAINT. BEING that the 2-
PREVIOUS COMPlAINTS filed ON
April 20th, 2010 AND May 10th, 2010
CONCERNING THIS MATTER WAS NEVER
Processed plaintiff could'nt filed
AN REGUlAR GRIEVANCE with IN
the 30-days of April 17th, 2010
BECAUSE the DOP 866.1 **VI** (A)
SECTION #(1) & #(2) specifically states
"that A REGUlAR GRIEVANCE CAN NOT
BE filed UNLESS AN informal COMPlAINT,
Notice of CONFISCATION, & UNAUTHORIZED
CORRESPONDENCE form has BEEN
filed or ATTACHED to the GRIEVANCE.

facts, for claim #3 continued

Therefore plaintiff couldn't have filed a regular grievance to complaint # 02245 within the 30-days expiration filing period because his 3rd informal complaint regarding defendant(s) R. Gibson and J. Barrett's negligence on April 17th, 2010 wasn't processed until May 25th, 2010, and responded to until June 2, 2010 due to no fault of the plaintiff so plaintiff appealed this wrongful denial to process plaintiff's regular grievance dated 6-8-10 to the "REGIONAL OMBUDSMAN" **SEE Exhibit #24** on 6-18-10 to have ROSP grievance coordinators R. Mullins and t. Taylor's decision not to process **Plaintiff's** grievance filed on 6-8-10 over-turned because the failure to file this grievance within the 30-days filing period was due to no fault of his. Regional Ombudsman K. Crowder-Austin

page # 27

facts, for claim #3 CONTINUED

RESPONDED BACK TO THIS APPEAL
"SEE BACK of ExhibiT #22" oN
JUNE 22ND, 2010 upholding
ROSP GRIEVANCE COORDINATOR
R. MUllin's WRONGFUl denial
to PROCESS plaintiff's REGUlAR
GRIEVANCE filed oN 6-8-10.
So ON JUly 14th, 2010 plAintiff
APPEAlled REGIONAl ombudsman
R. CROWDER-AUSTIN to the
REGIONAl DIRECTOR JOHN GARMAN
(viA) letter "SEE ExhibiT # 25"
HOWEVER this letter WAS intercepted
By the REGIONAl ombudsman
R. CROWDER-AUSTIN And RESPONDED
to. Therefore plAintiff WAS
CIRCUMSCRIBED from EXHAUSTING his
INSTITUTIONAl REMEDIES due to NO
fAult of his AS PROVEN IN
ExhibiTS #21-thRu-#25 BECAUSE
plAintiff MADE NUMEROUS of
vAlid AttEMPTS to EXHAUST his
INSTITUTIONAl REMEDIES CONCERNING
DEFENDANT(S) J. BARRETT AND
R. GIBSON "DElibERATE INDIFFERENT"
NEGlIGENCE ON APRIL 17th, 2010.

PAGE #28

# * RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT GRANT THE FOLLOWING RELIEFS:

A.) ISSUE A "PRELIMINARY INJUNCTION" immediately to have plaintiff KELVIN A. CANADA #1050088 TRANSFERRED to A SAFER INSTITUTION WHERE he's NOT ASSAULTED, THREATEN, AND having his showers, food TRAYS AND RECREATION VINDICTIVELY AND RETALITORILY CANCELLED.

#1. BECAUSE EVERY SINCE this April ▮ 17th, 2010 INCIDENT OCCURRED that CAUSED OFFICER "RICKY FANNIN" to GET "fired" ▮ FOR TAKING PLAINTIFF'S LOCK OFF his REC-CAGE FOR SADISTICALLY AND ASSAULTIVELY ATTACKING him. PLAINTIFF HAS BEEN IN FEAR FOR his LIFE AND SAFETY (VIA) threats, ASSAULTS, BOGUS AND VINDICTIVE CANCELLATION OF his RECREATION, SHOWERS, AND food TRAYS BY R. FANNIN CO-WORKERS.

PAGE #29.

RELIEF REQUESTED, CONTINUED

#2. PLAINTIFF HAS FILED NUMEROUS OF
COMPLAINTS, AND GRIEVANCES **SEE
Exhibits #26, #27, #28 & #29** COMPLAINING
about these RETALITORY threats,
VINDICTIVE CANCELLATION OF MY showers,
RECREATION AND food TRAYS to higher
AUTHORITIES, here AT (ROSP) BUT these
COMPLAINTS AND GRIEVANCES goes
UNFOUNDED BECAUSE WARDEN,
TRACY RAY, AND ROWLETTE, CAPTAINS
AND MAJOR, LARRY FLEMING CONTENDS
that I'm fabricating these threats
AND the VINDICTIVE CANCELLATION
OF MY RECREATION, SHOWER & food
TRAYS JUST to obtain A TRANSFER.
AND BECAUSE OF these WRONGFUL
MISCONCEPTION these threats,
VINDICTIVE CANCELLATION OF MY
REC, SHOWERS AND food TRAYS
subsist.

#3  THEREFORE PLAINTIFF IS CONSTANTLY
IN FEAR OF HIS LIFE AND SAFETY
BECAUSE R. FANNIN CO-WORKER ARE
PERPETUALLY THREATEN to RETALIATE

page #30

RELIEF REQUESTED, CONTINUED

#3. AGAINST PLAINTIFF OVER THE FACT
THAT R. FANNIN GOT "FIRED" FOR
ASSAULTING AND ATTACKING PLAINTIFF
R. FANNIN CO-WORKER'S HERE AT
(ROSP) STATES OVER AND OVER
VERBATIM THAT "SOON AS THIS MATTER
BLOWS OVER WE ARE GOING TO SET
YOU UP TO GET YOUR ASS BEAT
FOR CAUSING (RICKY) TO LOOSE HIS
JOB, BECAUSE WE OFFICERS ALL
STICK TOGETHER WRONG OR RIGHT
IN THESE MOUNTAINS BECAUSE JOBS
ARE SCARCE.

#4. PLAINTIFF CAN'T TAKE THESE CONSTANT
THREATS LIGHTLY BECAUSE (ROSP) HAS
AN EGREGIOUS AND WELL DOCUMENT
HISTORY OF RETALIATING AGAINST
PRISONERS, PLUS PLAINTIFF WAS JUST
A VICTUM OF THESE SADISTIC,
EXCESSIVE AND UNJUSTIFIABLE
ASSAULTIVE ATTACKS. BY 4-VINDICTIVE
AND ASSAULTIVE OFFICERS. SO
PLAINTIFF IMMEDIATELY REQUEST A
TRANSFER TO A SAFER PRISON WHERE
HE'S FREE FROM ASSAULTS AND THREATS
BY VINDICTIVE OFFICERS.

**B.** AWARD COMPENSATORY DAMAGES
JOINTLY AND SEVERALLY AGAINST:

#1. DEFENDANT OFFICER RICKY FANNIN
FOR THE PAIN AND SUFFERING ENDURED
FROM THE ASSAULT AND GUN-SHOT
WOUNDS THAT WAS SADISTICALLY AND
EXCESSIVELY INFLICTED UPON PLAINTIFF
DUE TO R. FANNIN'S ASSAULTIVE
AND SADISTIC ATTACK AGAINST
PLAINTIFF ON APRIL 17th, 2010.

#2. DEFENDANT OFFICER J. NALE FOR
THE PAIN AND SUFFERING ENDURED
WHEN PLAINTIFF WAS WRONGFULLY,
SADISTICALLY AND EXCESSIVELY SHOT IN
THE FACE, INNER RIGHT FOREARM, RIGHT HIP
AND RIGHT SHIN WHILE DEFENDING
HIMSELF AGAINST OFFICER RICKY FANNIN
SADISTIC AND ASSAULTIVE ATTACK.
DEFENDANT J. NALE OBSERVED HIS
CO-WORKER RICKY FANNIN DELIBERATELY
TAKE THE LOCK OFF PLAINTIFF REC-CAGE
WITH THE SOLE INTENT TO ASSAULT AND
ATTACK THE PLAINTIFF, HOWEVER J. NALE
STILL SADISTICALLY AND EXCESSIVELY
SHOT THE PLAINTIFF ANYWAY WHO
POSED NO THREAT TO SECURITY ■ OR
NO ONE ELSE.          PAGE # 32

AWARD COMPENSATORY DAMAGES, CONTINUED

#3. DEFENDANT OFFICER R. GIBSON WHO CONCIOUSLY STOOD BY AND WATCHED HIS CO-WORKER RICKY FANNIN DELIBERATELY TAKE THE LOCK OFF OF PLAINTIFF REC-CAGE AND ASSAULTIVELY AND EXCESSIVELY ATTACKED PLAINTIFF "KELVIN CANADA" THAT CAUSED THE PLAINTIFF TO SUSTAIN INJURIES TO HIS LEFT-EYE UNDERNEATH, RIGHT HIP, RIGHT INNER FORE ARM, AND RIGHT SHIN IN WHICH PLAINTIFF IS STILL SUFFERING FROM. HAD DEFENDANT R. GIBSON WOULD HAVE INTERVENED AND STOP HIS CO-WORKER RICKY FANNIN FROM THIS ASSAULTIVE AND ███████ SADISTIC ATTACK PLAINTIFF WOULD'NT HAVE NEVER SUSTAINED THESE SERIOUS INJURIES.

#4. DEFENDANT J. BARRETT WHO CONCIOUSLY STOOD BY AND WATCHED HIS CO-WORKER RICKY FANNIN DELIBERATELY TAKE THE LOCK OFF OF PLAINTIFF REC-CAGE AND ASSAULTIVELY AND EXCESSIVELY ATTACKED PLAINTIFF "KELVIN CANADA" THAT

AWARD COMPENSATORY DAMAGES, CONTINUED

#4. that CAUSED the PlAINtiff to SUSTAIN INJURIES to his left-EYE UNdER-NEATH, RIGHT HIP, RIGHT INNER FOREARM, AND RIGHT SHIN, IN WHICH PLAINtiff is still suffering from. HAD DEFENDANT ■ J. BARRETT INTERVENED AND stopped his CO-WORKER RICKY FANNIN from this ASSAULTIVE AND SADISTIC ATTACK PLAINtiff wouldN'T HAVE NEVER SUSTAINED these SERIOUS INJURIES.

C. AWARD COMPENSATORY DAMAGES IN THE following AMOUNTS :

#1. $50,000 JOINTLY, AND SEVERALLY AGAINST DEFENDANT(S) "RICKY FANNIN, J. NALE, J. BARRETT, AND R. GIBSON for the SERIOUS INJURIES PLAINtiff SUSTAINED AS A RESULT of BEING SHOT multiple TIMES, ASSAULTED AND BEING SUBJECTED to EXCESSIVE force IN VIOLATION of PLAINtiff's 8th AND 14th AMENDMENT U.S. CONSTITUTIONAL RIGHTS.

AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS, CONTINUED

#2. $10,000 BECAUSE PLAINTIFF HAS SUSTAINED IRREVERSIBLE DAMAGE TO HIS LEFT-EYE FROM BEING SHOT UNDERNEATH HIS LEFT-EYE IN WHICH PLAINTIFF HAD TO BE ISSUE GLASSES FOR AND STILL HAVE PROBLEMS WITH.

#3. $10,000 BECAUSE PLAINTIFF HAS SUSTAINED A PERMANENT SCARS ON HIS RIGHT INNER FOREARM, AND RIGHT HIP IN WHICH PLAINTIFF IS STILL EXPERIENCING VIVID PAIN FROM SPORADICALLY.

D. AWARD PUNITIVE DAMAGE IN THE FOLLOWING AMOUNTS:

#1. $20,000 EACH AGAINST DEFENDANT(S) J. NATE, RICKY FANNIN, R. GIBSON, AND J. BARRETT FOR THE DELIBERATE AND SADISTIC VIOLATION OF PLAINTIFF'S 8th, AND 14th U.S. CONSTITUTIONAL RIGHTS.              PAGE #35

E.

GRANT SUCH OTHER RELIEFS AS
it MAY APPEAR that PLAINTIFF
IS ENTITLED TO:

9-21-2010                    / Kelvin Canada
DATE :                                    #1050088

                    RESPECTFULLY,
                        Submitted


KELVIN A. CANADA #1050088
RED ONION STATE PRISON
P. O. BOX #1900
POUND, VIRGINIA 24279


SWORN to BEFORE ME  this 21st
DAY of September                , 2010

NOTARY PUBLIC:
MY COMMISSION EXPIRES ON:
10-31-2011


                PAGE #36

# CERTIFICATE of SERVICE

I, KELVIN A. CANADA #1050088
hereby mailed (VIA) 1st class mail
a 36-page "U.S.C #42, 1983
civil Rights complaint" along with
"29-Exhibits" pertaining to the
April 17th, 2010 incident To:

John f. CORCORAN, Clerk
United States District Court
Office of the Clerk
P.O. BOX #1234
ROANOKE, VIRGINIA
24006-1234

ON   September 21st, 2010
TO BE processed:

KELVIN A. CANADA #1050088
RED ONION STAT PRISON
P.O. BOX #1900
POWD, VIRGINIA 24279

SWORN TO BEFORE ME this 21st
DAY of September      2010.
NOTARY Public: _____
MY COMMISSION EXPIRES ON: 10-31-2011
PAGE #37