CLERK'S OFFICE U.S. DIST. COURT T
AT ROANOKE, VA
FILED

JUN 08 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KELVIN A. CANADA, | ) | CASE NO. 7:10CV00432 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RICKY FANNIN, ET AL., | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The protective order previously entered on April 21, 2011 (ECF No. 58) is **VACATED**, and the defendants' motions for protective order (ECF Nos. 39, 67 and 75) are **DENIED**;

2. The defendants are **DIRECTED** to file a response to the plaintiff's pending discovery requests (ECF No. 33) within fifteen (15) days from entry of this order; and

3. Plaintiff is **DIRECTED** to submit, within thirty-five days from entry of this order, any supplemental responses to the motions for summary judgment by defendants Barrett, Fannin, and Gibson, and to respond to defendant Nale's motion.

ENTER: This 8th day of June, 2011.

_____
United States District Judge