CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 01 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KELVIN A. CANADA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 7:10CV00432 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| RICKY FANNIN, ET AL., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |
| | ) |

In accordance with the Memorandum Opinion entered on this day, it is **ORDERED** and **ADJUDGED** that the defendants motion for summary judgment is **GRANTED,** and this action is **STRICKEN** from the docket of the court.

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to Canada and counsel of record for defendants.

**ENTER:** This September 1, 2011.

UNITED STATES DISTRICT JUDGE